NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT DONNELL DONALDSON,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2012-3106

---

Petition for review of the Merit Systems Protection Board in consolidated case nos. DC3330110367-I-1, DC4324110475-I-1, and DC3330110637-I-1.

---

## ON MOTION

---

## O R D E R

The Department of Homeland Security moves for a 21-day extension of time, until June 29, 2012, to file its informal response brief. Robert Donnell Donaldson opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 0 8 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Robert Donnell Donaldson
    Joshua E. Kurland, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 8 2012

JAN HORBALY
CLERK